1  Jordan Herzog (IL Bar No. 6216236)
    jherzog@pfs-law.com
2  Jonathan S. Goodman  (IL Bar No. 6256015)
    jgoodman@pfs-law.com
3  PATZIK, FRANK & SAMOTNY LTD.
   150 S. Wacker Drive, Suite 1500
4  Chicago, Illinois 60606
   Telephone: (312) 551-8300
5  Facsimile: (312) 551-1101

6  Russell M. Selmont (CA Bar No. 252522)
    rselmont@ecjlaw.com
7  ERVIN COHEN & JESSUP LLP
   9401 Wilshire Boulevard, Ninth Floor
8  Beverly Hills, California 90212-2974
   Telephone: (310) 273-6333
9  Facsimile: (310) 859-2325

10 Attorneys for Defendants
11 NEATFREAK GROUP CORP. and
   NEATFREAK GROUP, INC.
12

13                 UNITED STATES DISTRICT COURT
14                 CENTRAL DISTRICT OF CALIFORNIA
15                         WESTERN DIVISION

16 SEVILLE CLASSICS, INC., a            )  Case No. 2:15-cv-06237-SJO-AS
17 California corporation,              )
                                        )  **DEFENDANTS NEATFREAK**
18              Plaintiff,              )  **GROUP CORP.'S AND**
19                                      )  **NEATFREAK GROUP INC.'S**
           vs.                          )  **JOINT RESPONSE  TO**
20                                      )  **PLAINTIFF SEVILLE CLASSICS,**
21 NEATFREAK GROUP, INC., a             )  **INC.'S MOTION TO DISMISS**
   Canada corporation; NEATFREAK        )
22 GROUP CORP, a Delaware               )
23 corporation; TARGET                  )
   CORPORATION, a Minnesota             )
24 corporation; and DOES 1 – 10,        )
25 inclusive,                           )
                Defendants.             )
26                                      )
27

28

2:15-cv-06237-SJO-AS                1         Defendants Neatfreak Group Corp.'s
                                              and Neatfreak Group, Inc.'s Joint Response
                                              to Plaintiff Seville Classics, Inc.'s
                                              Motion to Dismiss

Defendants Neatfreak Group Corp. ("NGC") and Neatfreak Group, Inc. ("NGI", and collectively with NGC, "Neatfreak"), by and through their undersigned counsel, submit their joint response to plaintiff Seville Classics, Inc.'s ("Plaintiff") motion to dismiss Neatfreak's inequitable conduct counterclaim and to strike the corresponding affirmative defense ("Motion to Dismiss", ECF No. 36).

Plaintiff's Motion to Dismiss is untimely. Neatfreak's Answer, Affirmative Defenses and Counterclaims (ECF No. 27) were electronically filed and served upon Plaintiff before 4:00 p.m. PST on December 28, 2015. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Plaintiff's responsive pleading was required be filed by no later than 21 days thereafter, January 19, 2016 (as January 18, 2016 was a legal holiday). However, Plaintiff's Motion to Dismiss and supporting memorandum were not filed until January 20, 2016. Inasmuch as Plaintiff did not request any extension of time to file its responsive pleading before the deadline of January 19, 2016, Plaintiff is now required to bring a motion for an extension of time, demonstrating excusable neglect, in order for its Motion to Dismiss to be considered by the Court. *See*, Fed. R. Civ. P. 6(b)(1).

Nevertheless, Neatfreak does not oppose Plaintiff's belated Motion to Dismiss on the basis of its untimeliness. Rather, within 21 days following the January 20, 2016 date of service of Plaintiff's Motion to Dismiss, Neatfreak intends to file an amended counterclaim pursuant to Fed. R. Civ. P. 15(a)(1)(B), rendering Plaintiff's Motion to Dismiss moot. Contemporaneously with the filing of its amended counterclaim, Neatfreak intends to file a motion to amend its inequitable conduct affirmative defense, to comport with its associated amended counterclaim.

Neatfreak respectively submits that, upon the filing of its amended counterclaim and motion to amend its inequitable conduct affirmative defense, Plaintiff's Motion to Dismiss will be rendered moot. Accordingly, Neatfreak respectfully requests that, upon such filings, the hearing for Seville's Motion to Dismiss, set for February 22, 2016 be stricken.

Respectfully submitted,

Dated:  January 29, 2016                    PATZIK, FRANK & SAMOTNY LTD.

By: /s/ *Jordan Herzog*
Jordan Herzog (IL Bar No. 6216236)
 jherzog@pfs-law.com
Jonathan S. Goodman  (IL Bar No. 6256015)
 jgoodman@pfs-law.com
PATZIK, FRANK & SAMOTNY LTD.
150 S. Wacker Drive, Suite 1500
Chicago, Illinois 60606
Telephone: (312) 551-8300
Facsimile: (312) 551-1101

Russell M. Selmont (CA Bar No. 252522)
 rselmont@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Defendants
Neatfreak Group Corp. and
Neatfreak Group, Inc.

2:15-cv-06237-SJO-AS                    3           Defendants Neatfreak Group Corp.'s
                                                    and Neatfreak Group, Inc.'s Joint Response
                                                    to Plaintiff Seville Classics, Inc.'s
                                                    Motion to Dismiss

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants Neatfreak Group Corp. and Neatfreak Group, Inc. hereby certifies that a true and correct copy of the foregoing document was filed electronically by means of the Court's ECF system on January 29, 2016. Pursuant to Local Rule 5-3.2.1, delivery of the notice of electronic filing that is automatically generated by ECF constitutes service pursuant to the Federal Rules of Civil Procedure on counsel of record for Plaintiff, who is a registered user of ECF.

                                                  /s/ *Jordan Herzog*
                                                  Jordan Herzog